## IN THE COURT OF COMMON PLEAS, SUMMIT COUNTY, OHIO

CASE NUMBER: CV-2025-08-4010

SETH SWALLEN
66 E DR
Hartville, OH, 44632

-VS-  **SUMMONS**

SPRINGFIELD TOWNSHIP POLICE DEPARTMENT
2460 VENTRIS RD
Akron, OH 44312

**TO the following:**

SPRINGFIELD TOWNSHIP POLICE DEPARTMENT
2460 VENTRIS RD
Akron, OH 44312

You have been named as a defendant(s) in a complaint filed in the Summit County Court of Common Pleas, Summit County Courthouse, 205 S. High St., Akron, Ohio, 44308.

A copy of the COMPLAINT is attached hereto. The name and address of the Plaintiff's attorney is:

PRO SE
Same as party

**You are hereby summoned and required to serve upon the attorney listed above, or upon the party if they have no attorney of record, a copy of an answer to the COMPLAINT within twenty-eight (28) days after service of this summon on you, exclusive of the day of service. Your answer must be filed with the Court within three days after the service of a copy of the answer on the attorney, or upon the party, if there is no attorney of record.**

**If you fail to appear and defend, judgment may be rendered against you for the relief demanded in the COMPLAINT.**

Tavia Galonski
Summit County Clerk of Courts

August 26, 2025

EXHIBIT A

...

# IN THE COURT OF COMMON PLEAS

## SUMMIT COUNTY, OHIO

Seth Swallen
66 East Drive
Hartville, Ohio 44632
Plaintiff,
v.
Springfield Township Police Department,
John Doe Officers 1–3 (Names Unknown),
Defendants.

Case No: _____
Judge: _____

2025 08 4010

**JUDGE SUSAN BAKER ROSS**

### COMPLAINT FOR DAMAGES
(Civil Rights Violations – 42 U.S.C. §1983; Excessive Force; False Arrest; Unlawful Search and Seizure; False Imprisonment; Fabrication of Evidence; Malicious Prosecution)

**NOW COMES Plaintiff, Seth Swallen,** and for their Complaint against Defendants alleges as follows:

## PARTIES

1. Plaintiff, **Seth Swallen**, is a resident of Stark County, Ohio.
2. Defendant, **Springfield Township Police Department**, is a municipal law enforcement agency located at 2465 Canfield Rd, Akron, OH 44312, operating under the authority of Springfield Township, Summit County, Ohio.
3. Defendants **John Doe Officers 1–3** are unknown individual police officers employed by Springfield Township Police Department, who, at all times relevant, were acting under color of state law and within the scope of their employment.

## JURISDICTION AND VENUE

4. This Court has jurisdiction over this matter pursuant to Ohio Revised Code and federal law, including 42 U.S.C. §1983.
5. Venue is proper in this Court under Ohio Civil Rule 3(B) as the events giving rise to this action occurred in Summit County, Ohio.

## FACTUAL ALLEGATIONS

6. On or about **August 25, 2025**, Plaintiff was present at **2424 Massillon Rd, Akron, OH 44312**, within the jurisdiction of Summit County, Ohio.
7. At that time and location, Plaintiff was approached by officers of the Springfield Township Police Department.
8. Without legal justification or a valid warrant, officers used **excessive force** in detaining Plaintiff, including but not limited to handcuffing Plaintiff and placing him into a squad car with unpadded seats while still restrained in handcuffs. The handcuffs were not properly adjusted and caused injury to the wrists of the plaintiff while he was left in the squad car in pain despite the Plaintiff calling for help.
9. Plaintiff was **falsely arrested** and **falsely imprisoned**, though Plaintiff had committed no crime and there was no probable cause for the arrest.
10. Defendants conducted an **unlawful search and seizure** of Plaintiff's person and/or property without consent, warrant, or probable cause.
11. Officers knowingly and intentionally **fabricated evidence** to justify the arrest and prosecution of Plaintiff.
12. As a result, Plaintiff was subjected to **malicious prosecution**, suffering emotional distress, reputational harm, and other injuries.
13. At all times relevant, the conduct of Defendants was willful, malicious, wanton, and in reckless disregard for Plaintiff's constitutional and legal rights.

## CLAIMS FOR RELIEF

### COUNT I – VIOLATION OF CIVIL RIGHTS (42 U.S.C. §1983)

### (Excessive Force – Fourth and Fourteenth Amendments)

14. Plaintiff incorporates by reference all preceding paragraphs.
15. The force used against Plaintiff was excessive and unreasonable under the circumstances, in violation of Plaintiff's rights under the Fourth and Fourteenth Amendments to the U.S. Constitution.

### COUNT II – FALSE ARREST AND FALSE IMPRISONMENT

16. Defendants arrested and detained Plaintiff without probable cause, violating Plaintiff's rights under Ohio law and the U.S. Constitution.

### COUNT III – UNLAWFUL SEARCH AND SEIZURE

17. Defendants conducted a warrantless and unjustified search and seizure, violating Plaintiff's Fourth Amendment rights.

### COUNT IV – FABRICATION OF EVIDENCE

18. Defendants knowingly created or altered evidence to support false charges against Plaintiff, thereby violating Plaintiff's right to due process under the Fourteenth Amendment.

### COUNT V – MALICIOUS PROSECUTION

19. Defendants initiated or continued a criminal prosecution without probable cause, with malice, and the proceedings terminated in Plaintiff's favor.

## DAMAGES

20. As a direct and proximate result of the Defendants' actions, Plaintiff has suffered:

- Physical pain and injury
- Emotional distress
- Loss of liberty
- Reputational harm
- Legal fees and expenses
- Other economic and non-economic damages to be determined at trial

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff demands judgment against Defendants, jointly and severally, as follows:

A. Compensatory damages in an amount to be determined at trial;
B. Punitive damages as allowed by law;
C. Costs and attorney's fees under 42 U.S.C. §1988;
D. Pre-judgment and post-judgment interest;
E. Declaratory and injunctive relief, if appropriate; and
F. Any other relief the Court deems just and proper.


Respectfully submitted,

*/s/ Seth Swallen/*

Seth Swallen
66 East Drive
Hartville, OH 44632
(330) 936-1402

sswallen@kent.edu
**Pro Se Plaintiff**

## JURY DEMAND

Plaintiff demands a trial by jury on all issues so triable.